UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 24 2018 ★

BROOKLYN OFFICE

Nehemiah Bellamy
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**CV18 5454**

JURY DEMAND

YES ✓    NO ___

-against-

Kings County and New York County
Police Department Commander John Doe,
John Doe Dectives(2), John Doe Police Officers(2)
NYC Department of Corrections
Warden of OBCC John Doe

SEYBERT, J.

TOMLINSON, M.J.

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

RECEIVED
SEP 27 2018
EDNY PRO SE OFFICE

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Nehemiah Bellamy

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center
100 Carman Avenue
East Meadow N.Y. 11554-1146

Prisoner ID Number: 18003973

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

<u>The County of Kings</u>
Full Name

<u>municipality - Department of Law</u>
Job Title

<u>100 Church Street</u>
<u>New York City, New York 10007</u>
Address

Defendant No. 2

<u>The County of New York</u>
Full Name

<u>Municipality - Department of Law</u>
Job Title

<u>100 Church Street</u>
<u>New York City, New York 10007</u>
Address

Defendant No. 3

<u>Police Department Commander John Doe</u>
Full Name

<u>County of Kings Police</u>
Job Title

<u>One Police Plaza</u>

2

New York, New York
Address

Defendant No. 4   John Doe          67th Police Precinct
Full Name
Detectives
Job Title
2820 Snyder Avenue
Brooklyn, New York 11226
Address

Defendant No. 5   John Doe          73rd Police Precinct
Full Name
Police Officers
Job Title
1470 East New York
Brooklyn, New York 11212
Address

II.   **Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? The County of Kings 67th Police Dept. and 73rd Police Dept., The County of New York, Dept of Corrections at OBCC, Rikers Island Detention Center

When did the events happen? (include approximate time and date) On or about September 24th, 2016 throughout September 30th, 2016 and continued to March of 2017.

3

Facts: (what happened?) In the County of Kings, John Doe Police Officers 8AM for 73rd Police Department stopped me for traffic violations and arrested me between Linden Blvd and Vermont. At Police Dept Processed with a home address for Long Island. Then told I was on Detective Alert for 1st Degree Robbery and had to go for interview and line up at 67th Police Department where two John Doe Detectives Processed me for a line-up Suspect for Robb. 1st. I was not selected from lineup but was Arrested for Robbery 1st Degree. I was Processed and transported to Central Booking Holding for Arraignment. The initial Arrest was about 8 A.M. The Robbery Arrest was about approximately 2pm. At 67th PD until 6 or 7 pm. I was transferred to New York County Department of Corrections at OBCC and held inside the BULLPIN for 4 days under inhumane conditions before obtaining a housing location. On or about 9/24/2016 I was Arraigned on the Traffic Ticket and ROR but held at approximate $50,000.00 BAIL for the Robbery Charge. On or about 9/30/16 ROR on Robbery Charge. And on or about MARCH of 2017, the Robbery criminal Complaint was dismissed.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Anxiety, Slander and libel by the discrimination and inhumane treatment throughout the arrest, detention and dismissal of the fraudulent accusations of criminal liability. Prejudice by Records used for employment and debts incurred by incarcerations and expenses.

4

III. Relief: State what relief you are seeking if you prevail on your complaint.

All records reflecting the Robbery charges are removed and All Prints and Photographs Giving to Plaintiff As injunctive Relief, A declaratory Judgment Order, Compensatory Damages $100,000.00 for each defendant named; Punitive Damages in the Amount of $200,000.00 for Kings County and New York County and Police Commanding Officer, and each John Doe Detective and each Police Officer John Doe, and all debts and expenses Approximate $2,300,000.00

I declare under penalty of perjury that on September 21 2018 I delivered this
(date)
complaint to prison authorities at Nassau County Corr. Center to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/21/2018

Nehemiah Bellamy
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility or Address if not incarcerated

100 Carman Avenue
East Meadow N.Y. 11554-1146

Address

18003973
Prisoner ID#

rev. 12/1/2015

5